**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **PARTHENON UNIFIED MEMORY ARCHITECTURE LLC,** | § § § | **Case No. 2:14-cv-902-JRG-RSP (Lead)** |
| **Plaintiff,** | § § | |
| **v.** | § § | |
| **SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMM AMERICA LLC,** | § § § § | |
| **QUALCOMM INCORPORATED AND QUALCOMM TECHNOLOGIES INC.** | § § § | **Case No. 2:14-cv-930-JRG-RSP (Consolidated)** |
| **Defendants.** | § § | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF
PARTHENON UNIFIED MEMORY ARCHITECTURE LLC'S ACTION AGAINST
DEFENDANTS QUALCOMM INC. AND QUALCOMM TECHNOLOGIES INC.**

Plaintiff Parthenon Unified Memory Architecture LLC ("PUMA") and Defendants Qualcomm Inc. and Qualcomm Technologies Inc. (collectively, "Qualcomm") hereby file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1) dismissing without prejudice PUMA's action against Qualcomm in Case No. 2:14-cv-930-JRG-RSP, which has been consolidated with Lead Case No. 2:14-cv-902.  This stipulation has no effect on the lead case or other cases filed by PUMA.

Dated: January 30, 2015                    Respectfully submitted,


                                           */s/ Amir Alavi*
                                           Demetrios Anaipakos
                                           Texas Bar No. 00793258
                                           danaipakos@azalaw.com
                                           Amir Alavi
                                           Texas Bar No. 00793239
                                           aalavi@azalaw.com
                                           Michael McBride
                                           Texas Bar No. 24065700
                                           mmcbride@azalaw.com
                                           Alisa A. Lipski
                                           Texas Bar No. 24041345
                                           alipski@azalaw.com
                                           Justin Chen
                                           Texas Bar No. 24074204
                                           jchen@azalaw.com
                                           AHMAD, ZAVITSANOS, ANAIPAKOS,
                                                ALAVI & MENSING P.C.
                                           1221 McKinney Street, Suite 3460
                                           Houston, TX 77010
                                           Telephone: 713-655-1101
                                           Facsimile: 713-655-0062

                                           **ATTORNEYS FOR PLAINTIFF
                                           PARTHENON UNIFIED MEMORY
                                           ARCHITECTURE LLC**


                                           */s/ Melissa Smith*
                                           Melissa Richards Smith
                                           Texas Bar No. 24001351
                                           melissa@gillamsmithlaw.com
                                           GILLAM & SMITH LP
                                           303 South Washington Avenue
                                           Marshall, TX 75670
                                           Telephone: 903-934-8450
                                           Facsimile: 903-934-9257

                                           **COUNSEL FOR DEFENDANTS
                                           QUALCOMM INC. AND QUALCOMM
                                           TECHNOLOGIES INC.**

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 30, 2015.

*/s/ Amir Alavi*