**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PARTHENON UNIFIED MEMORY ARCHITECTURE LLC | § § § | |
| vs. | § § | Civil Action No. 2:14-CV-902 |
| SAMSUNG ELECTRONICS CO., LTD. et al | § § § | |

## JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER

Plaintiff Parthenon Unified Memory Architecture LLC ("PUMA") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., ("Samsung"); Motorola Mobility LLC ("Motorola"); and Huawei Technologies Co., Ltd., Huawei Technologies USA, Inc., and Huawei Device USA, Inc. ("Huawei") (collectively, "Defendants") hereby move this Court to amend the Docket Control Order for a one day extension to comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) from the current date of April 16, 2015 to April 17, 2015. The parties submit that this motion will not affect other dates scheduled in this case.

Dated: April 16, 2015

Respectfully submitted,

*/s/ Claire Abernathy Henry*
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@azalaw.com
Amir Alavi
Texas Bar No. 00793239
aalavi@azalaw.com
Michael McBride
Texas Bar No. 24065700
mmcbride@azalaw.com
Alisa A. Lipski
Texas Bar No. 24041345
alipski@azalaw.com
Justin Chen
Texas Bar No. 24074204
jchen@azalaw.com

1

AHMAD, ZAVITSANOS, ANAIPAKOS,
ALAVI & MENSING P.C.
1221 McKinney Street, Suite 3460
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

T. John Ward, Jr.
State Bar No. 00794818
E-mail: jw@wsfirm.com
Wesley Hill
State Bar No. 24032294
E-mail: wh@wsfirm.com
Claire Abernathy Henry
State Bar No. 24053063
E-mail: claire@wsfirm.com
WARD, SMITH & HILL PLLC
1127 Judson Rd., Suite 220
Longview, Texas 75601
(903) 757-6400 (telephone)
 (903) 757-2323(facsimile)

***ATTORNEYS FOR PLAINTIFF
PARTHENON UNIFIED MEMORY
ARCHITECTURE LLC***


*/s/ Melissa R. Smith*
Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Allan M. Soobert, Lead Attorney
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 551-1822
Facsimile: (202) 551-0222
allansoobert@paulhastings.com
Robert M. Masters
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005

Telephone: (202) 551-1763
Facsimile: (202) 551-0173
robmasters@paulhastings.com
Steven L. Park
PAUL HASTINGS LLP
1170 Peachtree Street, Suite 100
Atlanta, Georgia 30309
Telephone: (404) 815-2223
Facsimile: (404) 815-2424
stevenpark@paulhastings.com

*COUNSEL FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD., SAMSUNG TELECOMMUNICATIONS AMERICA LLC and SAMSUNG ELECTRONICS AMERICA, INC.*

*/s/ Peter J. Chassman*
Peter J. Chassman
Texas Bar No. 00787233
Email: pchassman@winston.com
Michelle C. Replogle
Texas Bar No. 24034648
Email: mreplogle@winston.com
**WINSTON &STRAWN LLP**
1111 Louisiana, 25th Floor
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Jonathan E. Retsky
Illinois Bar No. 6201846
Email: jretsky@winston.com
Stephen M. Wurth
Illinois Bar No. 6304340
Email: swurth@winston.com
**WINSTON &STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Michael E. Jones
State Bar No. 10929400
Email: mikejones@potterminton.com

**POTTER MINTON P.C.**
101 North College Avenue, Suite 500
Tyler, TX 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

*COUNSEL FOR DEFENDANT,*
*MOTOROLA MOBILITY LLC*


*/s/ Thomas M. Melsheimer*
Thomas M. Melshiemer
melsheimer@fr.com
Texas Bar No. 13922550
Thomas H. Reger II
reger@fr.com
Texas Bar No. 24032992
Jane Du
du@fr.com
Texas Bar No. 24076355
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 - Telephone
(214) 747-2091 – Facsimile

Brian G. Strand
strand@fr.com
Texas Bar No. 24081166
**FISH & RICHARDSON P.C.**
1221 McKinney Street
Houston, Texas 77010
(713) 654-5300 – Telephone
(713) 652-0109 – Facsimile

*COUNSEL FOR DEFENDANTS*
*HUAWEI TECHNOLOGIES CO., LTD,*
*HUAWEI TECHNOLOGIES USA, INC.,*
*AND HUAWEI DEVICES USA, INC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 16, 2015.

                                                  */s/Melissa R. Smith*