IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **PARTHENON UNIFIED MEMORY ARCHITECTURE LLC,** | § § § | Case No. 2:14-cv-902-JRG-RSP (Lead) |
| Plaintiff, | § § | |
| v. | § § | |
| **SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,** | § § § § | |

**JOINT MOTION OF PLAINTIFF PARTHENON UNIFIED MEMORY ARCHITECTURE LLC AND DEFENDANTS SAMSUNG ELECTRONICS CO. LTD. AND SAMSUNG ELECTRONICS AMERICA, INC. TO STAY CASE PENDING FINALIZATION OF SETTLEMENT**

Plaintiff Parthenon Unified Memory Architecture LLC ("PUMA") and Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") hereby file this motion to stay all case deadlines for forty-five (45) days with respect to PUMA and Samsung in Lead Case No. 2:14-cv-902.

PUMA and Samsung have reached an agreement in principle to settle all claims between them and respectfully request a stay of all case deadlines pertaining to Case No. 2:14-cv-902 for forty-five (45) days. The parties submit that good cause exists for entering a temporary stay in their case because it would allow the parties to finalize and execute their settlement agreement and file dismissal papers with the Court.

Dated: April 14, 2016

Respectfully submitted,

*/s/ Amir Alavi*
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@azalaw.com
Amir Alavi
Texas Bar No. 00793239
aalavi@azalaw.com
Jamie Aycock
Texas Bar No. 24050241
jaycock@azalaw.com
Alisa A. Lipski
Texas Bar No. 24041345
alipski@azalaw.com
Michael McBride
Texas Bar No. 24065700
mmcbride@azalaw.com
Justin Chen
Texas Bar No. 24074204
jchen@azalaw.com
Scott W. Clark
Texas Bar No. 24007003
sclark@azalaw.com
Kyril Talanov
Texas Bar No. 24075139
ktalanov@azalaw.com
Masood Anjom
Texas Bar No. 24055107
manjom@azalaw.com
Nathan Campbell
Texas Bar No. 24097455
ncampbell@azalaw.com
AHMAD, ZAVITSANOS, ANAIPAKOS,
ALAVI & MENSING P.C.
1221 McKinney Street, Suite 2500
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

        T. John Ward, Jr.
Texas Bar No. 00794818 jw@wsfirm.com
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, TX 75606-1231
Telephone: 909-757-6400
Facsimile: 909-757-2323

***ATTORNEYS FOR PLAINTIFF PARTHENON UNIFIED MEMORY ARCHITECTURE LLC***


/s/ *Allan M. Soobert*
Allan M. Soobert, Lead Attorney
Robert M. Masters
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-0222
allansoobert@paulhastings.com

Steven L. Park
PAUL HASTINGS LLP
1170 Peachtree Street, Suite 100
Atlanta, Georgia 30309
Telephone: (404) 815-2223
Facsimile: (404) 815-2424
stevenpark@paulhastings.com

Jonas Herrell
PAUL HASTINGS LLP
1117 South California Avenue
Palo Alto, CA 94304
Telephone: (650) 320-1851
Facsimile: (650) 320-1951
jonasherrell@paulhastings.com

        Melissa R. Smith
        Texas State Bar No. 24001351
        GILLAM & SMITH, LLP
        303 S. Washington Ave.
        Marshall, TX 75670
        Telephone: (903) 934-8450
        Facsimile: (903) 934-9257
        melissa@gillamsmithlaw.com

***COUNSEL FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 14, 2016

        */s/ Amir Alavi*
        Amir Alavi

4852-9495-2752, v. 1